IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA										PLAINTIFF/RESPONDENT

v.			Civil No. 05-2103
			Criminal No. 03-20049-001

RAYMOND L. PURDUM										DEFENDANT/MOVANT

## **ORDER**

On this 14th day of September 2005, there comes on for consideration the report and recommendation filed in this case on August 24, 2005, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. (Doc. 93). No objections have been filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, this action is dismissed without prejudice for lack of jurisdiction over Movant or his custodian.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge