IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA  PLAINTIFF/RESPONDENT

v. Civil No. 05-2099
Criminal No. 03-20049-001

RAYMOND L. PURDUM  DEFENDANT/MOVANT

**O R D E R**

In this 28 U.S.C. § 2255 action, the government moves for an order recognizing that movant Purdum has waived his attorney-client privilege in connection with attorney Mark Horoda's representation of him in connection with plea and sentencing.

The law is clear that a prisoner who bring a § 2255 action claiming ineffective assistance of counsel waives the attorney-client privilege. *Tasby v. United States*, 504 F.2d 332 (8th cir. 1974), *cert. denied*, 419 U.S. 1125 (1975) ("When a client calls into public question the competence of his attorney, the privilege is waived."). This court does not enter orders that merely acknowledge the law. The United States routinely attaches attorney affidavits to § 2255 responses without the benefit of orders recognizing waivers of the attorney-client privilege. Mr. Horoda undoubtedly knows he may file such an affidavit and an order holding such is unnecessary. Accordingly, the motion is dismissed.

IT IS SO ORDERED this 21st day of September 2005.

        /s/Beverly Stites Jones
        HON. BEVERLY STITES JONES
        UNITED STATES MAGISTRATE JUDGE