IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF/RESPONDENT

    v.                    Civil No. 05-2099
                          Crim. No. 03-20049-001

RAYMOND L. PURDUM                                        DEFENDANT/MOVANT

## **ORDER**

Now on this 30th day of January 2006, there comes on for consideration the report and recommendation filed herein on January 9, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 102). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 86) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                              /s/ Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge