IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF/RESPONDENT

    v.                    Civil No. 05-2099
                     Crim. No. 03-20049-001

RAYMOND L. PURDUM                                      DEFENDANT/MOVANT

## ORDER

On January 30, 2006, the Court entered an order adopting the report and recommendation issued by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Docs. 102-03). Pursuant to this order, the Court denied Plaintiff's Motion Pursuant to 28 U.S.C. § 2255 (Doc. 86) and dismissed it with prejudice. Plaintiff has now filed objections to the report and recommendation. (Doc. 104). While the objections are untimely, the Court has nevertheless considered them and has reviewed this case *de novo*. However, the Court finds Plaintiff's objections to be without merit and the order entered on January 30, 2006 shall stand.

IT IS SO ORDERED this 9th day of February 2006.

                                                  /s/ Robert T. Dawson
                                                  Honorable Robert T. Dawson
                                                  United States District Judge