IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF/RESPONDENT

v.                    Civil No. 05-2099
                      Crim. No. 03-20049-001

RAYMOND L. PURDUM                              DEFENDANT/MOVANT

## ORDER

Now on this 2nd day of March 2006, comes on for consideration the movant's request for a certificate of appealability filed on February 22, 2006 (Doc. #106), in the above styled case.

The court finds, for the reasons set forth in the Statement of Reasons for Denial of Certificate of Appealability filed concurrently herewith, that the said motion should be and hereby is denied.

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 0 2 2006

CHRIS R. JOHNSON, CLERK

BY
       DEPUTY CLERK