IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA
                                                        PLAINTIFF

V.                          NO. 03cr20049-001

RAYMOND L. PURDUM                                       DEFENDANT


<u>**ORDER**</u>

Now before the Court is Defendant's Motion for reconsideration (Doc. 126) of the Court's order (Doc. 124) denying Defendant's request for relief from a lien filed against certain real property Defendant contends is jointly owned by himself and his wife. Defendant's Motion for Reconsideration is DENIED.

In his initial motion, Defendant asserted the lien is illegal as the Government dismissed the forfeiture count at his sentencing on October 18, 2004. (Doc. 121). The Government responded that the lien was properly filed pursuant to 18 U.S.C. § 3613(c) to enforce the order of restitution issued by this Court. (Docs. 122-23). The Court found that the lien was properly filed to enforce this Court's restitution order. (Doc. 124).

Defendant complains that the Court issued its order without permitting Defendant to respond and that his wife, Jeannie Purdum, never received the Government's Response. This matter was before the Court on Defendant's Motion, therefore, it was the Government, not the Defendant, who was entitled to file a response. The Government filed its response, and the Court issued its order. The rules do not permit a movant to file a reply brief, however, the

Court would have permitted Defendant to do so had he requested permission from the Court which he did not.

In any event, the Court has considered Defendant's Reply (Doc. 125) and his Motion for Reconsideration (Doc. 126) and finds the Motion should be DENIED. Additionally, it should be noted that Jeannie Purdum is not a party to this action, as Defendant suggests. This is a criminal action by the United States of America against Defendant Raymond Purdum. Jeannie Purdum is not a Plaintiff and; therefore, not entitled to service of pleadings filed in this matter.

IT IS SO ORDERED this 4th day of April, 2008.


/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)